

GAB/gb

FILED IN OPEN COURT

MAY 2 6 2006

CHARLES R. DIARD, JR.
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Criminal No. _06·00114·CG_ |
| | * | |
| v. | * | USAO No. 06R00225 |
| | * | **Violations:** |
| | * | **21 USC § 846** |
| | * | **21 USC § 841(a)(1)** |
| IRENE SANCHEZ COLIN, | * | **18 USC § 924(c)(1)** |
| aka IRENE COLIN SANCHEZ, | * | **21 USC § 853** |
| aka BIG MAMA, | * | |
| VICTOR MANUEL SANCHEZ PONCE and, | * | |
| ERICK GARCIA, | * | |
| aka TIOFILO DELGADO, | * | |
| aka TIOFILO DELGADO PEREZ, | * | |
| aka TIOFILO GARCIA ARIERO | * | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT ONE

Beginning in or about early 2006, and continuing through on or about May 24, 2006, in the

Southern District of Alabama, Southern Division, the defendants,

> **IRENE SANCHEZ COLIN,**
> **aka IRENE COLIN SANCHEZ,**
> **aka BIG MAMA,**
> **VICTOR MANUEL SANCHEZ PONCE, and**
> **ERICK GARCIA,**
> **aka TIOFILO DELGADO,**
> **aka TIOFILO DELGADO PEREZ,**
> **aka TIOFILO GARCIA ARIERO,**

did willfully, knowingly and unlawfully conspire with one another and with other persons, both

known and unknown to the Grand Jury, to possess with the intent to distribute methamphetamine

1

"ice," a Schedule II controlled substance, contrary to Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

The quantity of methamphetamine involved in the conspiracy exceeded 50 grams; therefore, the defendants are subject to the enhanced penalty provisions of Title 21, United States Code, Section 841(b)(1)(A).

## COUNT TWO

On or about April 25, 2006, in the Southern District of Alabama, Southern Division, the defendants,

**IRENE SANCHEZ COLIN,
          aka IRENE COLIN SANCHEZ,
          aka BIG MAMA,
VICTOR MANUEL SANCHEZ PONCE, and
ERICK GARCIA,
          aka TIOFILO DELGADO,
          aka TIOFILO DELGADO PEREZ,
          aka TIOFILO GARCIA ARIERO,**

did knowingly and intentionally unlawfully possess with the intent to distribute approximately 2 ounces of methamphetamine "ice," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

The quantity of methamphetamine involved in the offense exceeded 50 grams; therefore, the defendants are subject to the enhanced penalty provisions of Title 21, United States Code, Section 841(b)(1)(A).

## COUNT THREE

On or about April 27, 2006, in the Southern District of Alabama, Southern Division, the

2

"ice," a Schedule II controlled substance, contrary to Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

The quantity of methamphetamine involved in the conspiracy exceeded 50 grams; therefore, the defendants are subject to the enhanced penalty provisions of Title 21, United States Code, Section 841(b)(1)(A).

## COUNT TWO

On or about April 25, 2006, in the Southern District of Alabama, Southern Division, the defendants,

**IRENE SANCHEZ COLIN,**
    **aka IRENE COLIN SANCHEZ,**
    **aka BIG MAMA,**
**VICTOR MANUEL SANCHEZ PONCE, and**
**ERICK GARCIA,**
    **aka TIOFILO DELGADO,**
    **aka TIOFILO DELGADO PEREZ,**
    **aka TIOFILO GARCIA ARIERO,**

did knowingly and intentionally unlawfully possess with the intent to distribute approximately 2 ounces of methamphetamine "ice," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

The quantity of methamphetamine involved in the offense exceeded 5 grams; therefore, the defendants are subject to the enhanced penalty provisions of Title 21, United States Code, Section 841(b)(1)(B).

## COUNT THREE

On or about April 27, 2006, in the Southern District of Alabama, Southern Division, the

defendants,

**IRENE SANCHEZ COLIN,**
   **aka IRENE COLIN SANCHEZ,**
   **aka BIG MAMA,**
**VICTOR MANUEL SANCHEZ PONCE, and**
**ERICK GARCIA,**
   **aka TIOFILO DELGADO,**
   **aka TIOFILO DELGADO PEREZ,**
   **aka TIOFILO GARCIA AIRERO,**

did knowingly and intentionally unlawfully possess with the intent to distribute approximately one

pound of methamphetamine "ice," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States

Code, Section 2.

The quantity of methamphetamine involved in the offense  exceeded 50 grams; therefore,

the defendants are subject to the enhanced penalty provisions of Title 21, United States Code,

Section 841(b)(1)(A).

## COUNT FOUR

On or about April 27, 2006, in the Southern District of Alabama, Southern Division, the

defendants,

**IRENE SANCHEZ COLIN,**
   **aka IRENE COLIN SANCHEZ,**
   **aka BIG MAMA,**
**VICTOR MANUEL SANCHEZ PONCE, and**
**ERICK GARCIA,**
   **aka TIOFILO DELGADO,**
   **aka TIOFILO DELGADO PEREZ,**
   **aka TIOFILO GARCIA AIRERO,**

did knowingly and intentionally unlawfully possess with the intent to distribute approximately one

ounce of methamphetamine "ice," a Schedule II controlled substance.

3

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

The quantity of methamphetamine involved in the offense exceeded 50 grams; therefore, the defendants are subject to the enhanced penalty provisions of Title 21, United States Code, Section 841(b)(1)(A).

**COUNT FIVE**

On or about April 27, 2006, in the Southern District of Alabama, Southern Division, the defendant,

**VICTOR MANUEL SANCHEZ PONCE**

during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, to-wit; possession with intent to distribute methamphetamine "ice," a Schedule II controlled substance, contrary to Title 21, United States Code, Section 841(a)(1), as set forth in Count Three hereinabove, did knowingly use and carry and possess in furtherance of, a firearm, namely a Taurus .38 caliber revolver, serial number 8G49059.

In violation of Title 18, United States Code, Sections 924(c)(1)and (2).

**COUNT SIX**

In committing one or any of the felony offenses alleged in Counts One through Four of this Indictment, which are each punishable by imprisonment for more than one year, the defendants,

**IRENE SANCHEZ COLIN,**
    **aka IRENE COLIN SANCHEZ,**
    **aka BIG MAMA,**
**VICTOR MANUEL SANCHEZ PONCE, and**
**ERICK GARCIA,**
    **aka TIOFILO DELGADO,**
    **aka TIOFILO DELGADO PEREZ,**
    **aka TIOFILO GARCIA ARIERO,**

4

used or intended to use certain property in any manner or part to commit or to facilitate the commission of such violation or violations. The United States is entitled to forfeiture of any such property constituting or derived from any proceeds each defendant obtained, directly or indirectly as the result of such violation or violations; and any such property of any such defendant used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation or violations.

If any of the property which is subject to forfeiture, as a result of any act of omission of any of the defendants, cannot be located upon the exercise of due diligence; has been transferred to, sold to, or deposited with a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty; by virtue of the commission of Counts One through Four hereinabove by the defendants as alleged, any and all interest each such defendant has in the above-described property is vested in the United States and is hereby forfeited to the United States.

In accordance with Title 21, United States Code, Section 853.

A TRUE BILL

FOREMAN UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

5

DEBORAH J. RHODES
UNITED STATES ATTORNEY
by:

Gloria A. Bedwell
Assistant United States Attorney

Gregory A. Bordenkircher
Assistant United States Attorney
Chief, Criminal Division                    MAY 2006

6